**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **QUAGGA ACCESSORIES, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 4:25-cv-00503-ACL** |
| **v.** | ) |
| | ) |
| **SAM'S EAST, INC.,** | ) |
| **d/b/a SAM'S CLUB,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT NOTICE OF SETTLEMENT

The parties hereby notify the Court that they have reached a settlement-in-principle on all material terms to resolve all claims at issue in this action. The parties are in the process of memorializing their resolution in a comprehensive written settlement agreement, at which time they intend to file a joint stipulation of dismissal of all claims with prejudice, thereby concluding this action. Accordingly, the parties jointly request that all case deadlines be suspended and that the case be stayed for thirty (30) days pending the filing of their joint stipulation of dismissal with prejudice. In the event that the joint stipulation has not been filed within thirty days, the parties will file a joint status report at that time.

1

Dated: July 20, 2026                                          Respectfully Submitted,


/s *Timothy P. O'Mara*                                       /s *Kolten C. Ellis*
Timothy P. O'Mara,                                           Herbert R. Giorgio, Jr. #58524MO
#41835MO                                                     Kolten C. Ellis, #74451MO
The O'Mara Law Firm, LLC                                     Bryan Cave Leighton Paisner, LLP
1001 Boardwalk Springs Place,                                211 N. Broadway, Ste. 3600
Ste. 111                                                     St. Louis, MO 36102
O'Fallon, MO 63368                                           herb.giorgio@bclplaw.com
tim@omaralawllc.com                                          kolten.ellis@bclplaw.com
(314) 909-0303                                               (314) 259-2000
*Attorney for Plaintiff*                                     *Attorneys for Defendant*

2

3

## CERTIFICATE  OF SERVICE

The  undersigned certifies that the  foregoing was  electronically served upon all counsel of record via the court's electronic filing system.


*Kolten C. Ellis*

3