**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **QUAGGA ACCESSORIES, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 4:25-cv-00503-ACL** |
| **v.** | ) |
| | ) |
| **SAM'S EAST, INC.,** | ) |
| **d/b/a SAM'S CLUB,** | ) |
| | ) |
| **Defendant.** | ) |

**RENEWED JOINT NOTICE OF SETTLEMENT**

The parties hereby notify the Court that, following the July 22 status conference, they continue to maintain their settlement position and have agreed on all material terms to resolve all claims at issue in this action. The parties are in the process of finalizing their resolution in a comprehensive written settlement agreement and intend thereafter to file a joint stipulation of dismissal of all claims with prejudice, thereby concluding this action. Accordingly, the parties jointly request that all case deadlines be suspended and that the case be stayed for thirty (30) days pending the filing of their joint stipulation of dismissal with prejudice. In the event that the joint stipulation has not been filed within thirty days, the parties will file a joint status report at that time.

Dated: July 24, 2026                              Respectfully Submitted,


/s *Timothy P. O'Mara*                         /s *Kolten C. Ellis*

Timothy P. O'Mara,                            Herbert R. Giorgio, Jr. #58524MO
#41835MO                                      Kolten C. Ellis, #74451MO
The O'Mara Law Firm, LLC                      Bryan Cave Leighton Paisner, LLP
1001 Boardwalk Springs Place,                 211 N. Broadway, Ste. 3600
Ste. 111                                      St. Louis, MO 36102
O'Fallon, MO 63368                            herb.giorgio@bclplaw.com
tim@omaralawllc.com                           kolten.ellis@bclplaw.com
(314) 909-0303                                (314) 259-2000
*Attorney for Plaintiff*                       *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was electronically served upon all counsel of record via the court's electronic filing system.


*Kolten C. Ellis*