IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| QUAGGA ACCESSORIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  4:25-cv-00503-ACL |
| | ) | |
| v. | ) | |
| | ) | |
| SAM'S EAST, INC. d/b/a/ | ) | |
| SAM'S CLUB, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Respectfully submitted,

/s/ Timothy P. O'Mara
TIMOTHY P. O'MARA, #41835MO
1001 Boardwalk Springs Place, Suite 111
O'Fallon, Missouri 63368
(314) 909-0303 Telephone
(314) 909-0306 Facsimile
tim@omaralawllc.com
Attorney for Plaintiff

/s/ Kolten C. Ellis
KOLTEN C. ELLIS #74451MO
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000 Telephone
(314) 552-8230 Facsimile
kolten.ellis@bclplaw.com
Attorneys for Defendant